



## Standard Plug & Play BMS – Single Channel

Made-to-Order Battery with Customizable Features. Please contact the Factory or a Dealer for Pricing.

**Product Inquiry**

