

Home  >  Made in USA



## Made in USA

Lithionics Battery's lithium battery systems are engineered and manufactured in our Clearwater, FL USA factory. This allows us to offer 100% advanced quality testing on our lithium battery systems including load, capacity, thermal imaging, and impedance testing. Lithionics Battery® also offers USA based customer service and warranty support, with HazMat pick-up services available in North America. Our staff is readily available by phone for sales or technical support.

## Unlock the power of energy independence!

Unlock the power of energy independence wherever you are, no matter what you are doing! To learn more about the NeverDie® Battery Management System and your optimal solution, contact Lithionics Battery®.

**Start Project**



**Exhibit B**

**p. 1 of 2**

1770 Calumet St, Clearwater, Florida 33765   ·   Phone: 727-726-4204   ·   Fax: 727-797-8046   ·   Email: info@lithionicsbattery.com

© 2021 Lithionics Battery - All Rights Reserved.

**Exhibit B**
**p. 2 of 2**