

= YouTube

Search

SIGN IN

- Home
- Explore
- Subscriptions
- Library
- History

Sign in to like videos, comment, and subscribe.

SIGN IN

BEST OF YOUTUBE
- Music
- Sports
- Gaming
- Movies & Shows
- News
- Live
- Fashion & Beauty
- Learning
- Spotlight
- 360° Video

Browse channels

MORE FROM YOUTUBE





## Lithionics Battery
641 subscribers

SUBSCRIBE

HOME | VIDEOS | PLAYLISTS | CHANNELS | DISCUSSION | ABOUT

**Lithionics Battery Mission Statement**
5,507 views • 3 years ago

1:58 / 2:21

### Channel Lineup ▶ PLAY ALL



| Lithionics Battery Monitor App Demo | IonGen Power Your Adventure | Lithionics Battery Heater Technology | Lithium Powered 2021 Winnebago Revel Runtime… | DIY Van Build with Lithionics Battery | Ocean Planet Energy - Custom Marine Yacht… |
|---|---|---|---|---|---|
| Lithionics Battery | Lithionics Battery | Lithionics Battery | Lithionics Battery | Lithionics Battery | Lithionics Battery |
| 780 views • 7 months ago | 368 views • 8 months ago | 616 views • 8 months ago | 4.3K views • 11 months ago | 705 views • 1 year ago | 863 views • 1 year ago |

 

### Liked Videos ▶ PLAY ALL

     

| Making Lithium Batteries! A Lithionics Factory Tour | RV Lithium Battery Face-Off: Lithionics vs "Brand B" | Running air conditioner on my lithium batteries in my… | Lithium Batteries For Your Catamaran Yacht | Battle Born or Lithionics Battery Upgrade - Which di… | Tour of Gunboat 57 "Vai Vai" with OceanPlanet Energy… |
|---|---|---|---|---|---|
| The Fit RV | The Fit RV | Pagosa Adventures | Catamaran Guru | Pagosa Adventures | OceanPlanet Energy |
| 11K views • 3 months ago | 11K views • 3 months ago | 12K views • 3 months ago | 749 views • 3 months ago | 4.8K views • 6 months ago | 6.9K views • 1 year ago |

Exhibit C
p. 1 of 2





#aventuralife #ecothslife
Making Lithium Batteries! A Lithionics Factory Tour
11,106 views • May 20, 2021        LIKE   DISLIKE   SHARE   SAVE  ...

The Fit RV
86.5K subscribers                                                            SUBSCRIBE

Link to the post with additional content and comments:  https://www.thefitrv.com/rv-tips/maki...

Fun Fact:  Did you know that a Lithionics lithium battery can spend more than twice as long in
SHOW MORE

Comments are turned off. Learn more



Hotels.com
Ad  hotels.com                                          BOOK NOW



Foundation & Underpinning
Our focus is on our customer satisfaction as you are our first priority.
Ad  mekconcrete.com
VISIT SITE



Comparing the Lithionics and Volta RV Battery Systems fro...
The Fit RV
46K views • 8 months ago



Don't Waste Your Money On Batteries - The Shocking Trut...
Mortons on the Move
1.2M views • 7 months ago



Mix - The Fit RV
YouTube



Winnebago Factory Tour
National Indoor RV Centers
70K views • 11 months ago



What My RV Mods Are REALLY Like - Guzzle H2O Water Filte...
The Fit RV
15K views • 3 weeks ago



CARNIVAL SCAM SCIENCE- and how to win
Mark Rober
81M views • 3 years ago



RV Black Tank Cleaning, Maintenance, Tips & Tricks - ...
RV Tips & Travels
206K views • 2 months ago



RV Lithium Battery Face-Off: Lithionics vs "Brand B"
The Fit RV
11K views • 3 months ago



Introducing the Solis 59PX! Watch the reveal and our...
The Fit RV
150K views • 1 year ago



How to Fix Bunions in 5 Steps
Exercising Health
1.4M views • 4 weeks ago



How to Install a DIY Mini Split Dual Zone - Senville - Mr Cool
I Like To Build Stuff
133K views • 10 months ago



Tour the First Winnebago EKKO On The Road!!! (And...
The Fit RV
56K views • 2 months ago



Part 5: Dual Lithionics Battery Installation
Connected Mobile Life
232 views • 3 weeks ago



How to Build the Ultimate Overland Truck Bed Kitchen...
Blake Weber
2M views • 2 months ago

Girl Biker Performs - You Must See
ProCrafts
49M views • 2 years ago

The PERFECT Small RV Travel Trailer Packed With Big...
Endless RVing
331K views • 3 months ago

12 volts VS. 24 volts for Off-grid Solar Power Systems
DIY Solar Power with Will Pro...
767K views • 2 years ago

RV Camping with Lithionics Battery For "Off The Grid"...
Mike Mas
375 views • 8 months ago

They Sent Engineers! Continued Testing of the Curt...
The Fit RV
17K views • 8 months ago

Battle Born Batteries BRAND NEW Factory Tour with CEO
Adventurous Way
38K views • 1 year ago

Exhibit C
p. 2 of 2