

# LITHIONICS BATTERY®
LITHIUM ION IRON PHOSPHATE BATTERY SYSTEMS

## IMPORTS VS. LITHIONICS BATTERY®

 

|  | 12V100A | 12V125A-G31 |  |
|---|---|---|---|
| **Item** | **Typical Import Specification** | **Lithionics Specification** | **Lithionics ADVANTAGE** |
| **Usable Capacity** | 1,280 Watt-hours | 1,600 Watt-hours | 25% more energy in the same Group 31 case |
| **Power Reserve** | Not Available | Yes, NeverDie® Power Reserve | 10% energy reserve with a button push |
| **Internal Resistance (mΩ)** | 6.2mΩ | 3.5mΩ | 44% more efficient: lower heat, longer battery life, more power flow |
| **Weight** | 31.8lbs/14.42kg | 33.4lbs/15.15kg | 25% more energy for 5% more weight |
| **Energy Density** | 88Wh/kg | 105Wh/kg | More energy for its weight |
| **Volume** | 12.75 x 6.875 x 9 = 789in2 | 12.5 x 6.5 x 8.46 = 687in2 | 13% smaller volume with 25% more energy |
| **Surge Discharge Rate** | 200 Amps for 30 seconds | 400 Amps for 30 seconds | TWICE the surge capability for heavy loads |
| **Bluetooth** | NO | Bluetooth 5.0 BLE | Use the free app to view Voltage, Amperage, SoC%, Status Codes and more |
| **State-of-Charge (SoC) Percentage** | NO | YES, via free App | Quickly know how much energy is left |
| **Protective Functions** | High/Low Voltage, High/Low Temperature, Short Circuit Protection | UL Compliant Protective Safety Functions including High-Low Voltage, High-Low Temperature, Short Circuit and Over-Current | UL Compliant functions are safer and increase cycle life |
| **Designed for Engine Cranking** | NO | YES | Reliable Engine Starting |
| **Cranking Amps Rating** | NO Rating | 1,000 Amps | High Cranking Amps |
| **Voltage Quality at 100 Amp Load** | 12.3V | 12.6V | Less voltage sag means more efficiency |
| **On/Off Button** | NO | YES | Turn loads on/off directly from battery, safe installation with battery off |
| **LED Indicator** | NO | YES | Indicates Battery ON State, Flashes During Faults |
| **Wireless Troubleshooting** | NO | YES | Status Codes indicate the state of the battery instead of guessing |

LITHIONICS BATTERY, CLEARWATER, FL 33765 USA
PH: 727.726.4204 | FAX: 727.797.8046

WWW.LITHIONICSBATTERY.COM     REV.2

Exhibit D